IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

FILED

**November 25, 1997**

**Cecil W. Crowson
Appellate Court Clerk**

| | | |
|---|---|---|
| TENNESSEE MUNICIPAL LEAGUE, et al., | ) ) ) | |
| Plaintiffs/Appellants, | ) ) | Davidson Chancery |
| Vs. | ) ) ) | Supreme Court No. 01S01-9711-CH-00242 |
| BROOK THOMPSON, in his official capacity as the State Election Coordinator, et al., | ) ) ) ) | |
| Defendants/Appellees. | ) | |

## O R D E R

We granted this expedited appeal pursuant to Tenn. Code Ann. § 16-3-201(d) in order to determine a question of unusual public importance--whether 1997 Tenn. Pub. Acts, ch. 98, ("the Act"), violates the Tennessee Constitution. The Chancery Court held that the Act is constitutional. We conclude, however, that the Act violates Article II, § 17 of the Tennessee Constitution because the body of the Act is broader than its caption. Accordingly, we reverse. A full opinion based on this order will follow.

IT IS SO ORDERED.

PER CURIAM

1